USDC SCAN INDEX SHEET

















RYC   3/13/03   16:02

3:02-CR-02912   USA V. SHAH

*16*

*CRODET.*

**FILED**

MAR 1 2 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>MUHAMMED ABID AFRIDI )<br>)<br>Defendant. )<br>_____ ) | Criminal Case Number: 02CR2912-L<br><br>**FINDINGS OF FACT AND ORDER RE WAIVER OF DETENTION PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was scheduled for **March 12, 2003**, to determine whether **Muhammed Abid Afridi** (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney, **Todd Robinson** appeared on behalf of the United States; Attorney **John Cotsirilos**, appeared on behalf of the Defendant.

At the hearing on **March 12, 2003**, the Defendant knowingly and voluntarily waived all rights, on the record and through counsel, to the setting of bail and the detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

1

02CR2912

ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

Dated:  March 12, 2003

_____
LEO S. PAPAS
United States Magistrate Judge

Prepared by:

_____
ASSISTANT U.S. ATTORNEY

So Stipulated:

_____
ATTORNEY FOR DEFENDANT

2

02CR2912